1  Paul Caleo, State Bar No. 153925
   Michelle M. Meyers, State Bar No. 236387
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4
   1901 Harrison Street, 14th Floor
5  Oakland, California  94612
   Telephone:     (510) 444-6800
6  Facsimile:     (510) 835-6666

7  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                           SACRAMENTO DIVISION

12  ROSA SCHMIDT,                          2:10-cv-00561 JAM GGH

13         Plaintiff,                      **STIPULATION AND ORDER TO
                                           CONTINUE THE DEADLINE TO
14  v.                                     COMPLETE NON-EXPERT
                                           DISCOVERY;  ORDER**
15  HOME DEPOT, U.S.A., INC., and
    DOES 1 through 25, inclusive,
16
           Defendants.
17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                      1
STIPULATION AND ORDER TO CONTINUE THE DEADLINE                No. 2:10-cv-00561 JAM GGH
FOR NON-EXPERT DISCOVERY; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED, by and between Plaintiff ROSA SCHMIDT ("Schmidt") and Defendant HOME DEPOT, U.S.A., INC., ("Home Depot") and their respective counsel of record, that the deadline to complete non-expert discovery of March 4, 2011 is continued to April 4, 2011.

This continuation is necessary because the parties are attempting to settle this matter. On February 18, 2011, the parties attended mediation and have continued settlement discussions since the mediation. The parties request this time in order to allow time for a settlement to be reached and an agreement to be finalized memorializing the settlement. The discovery extension does not affect the trial date of August 1, 2011.

DATED: February 28, 2011     CLAYEO C. ARNOLD
                              A PROFESSIONAL CORPORATION

                              By:   s/ Kirk J. Wolden
                                    CLIFFORD L. CARTER
                                    KIRK J. WOLDEN
                                    Attorneys for Plaintiff
                                    ROSA SCHMIDT


DATED: February 28, 2011     BURNHAM BROWN

                              By:   s/ Michelle M. Meyers
                                    PAUL CALEO
                                    MICHELLE M. MEYERS
                                    Attorneys for Defendant
                                    HOME DEPOT U.S.A., INC.


## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The deadline to complete non-expert discovery of March 4, 2011 is continued to April 4, 2011.

DATED: 2/28/2011             /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              Judge of the United States District Court
                              Eastern District of California

1061385

PDF created with pdfFactory trial version www.pdffactory.com