Clayeo C. Arnold, SBN 65070
KIRK J. WOLDEN, SBN 138902
CLIFFORD L. CARTER, SBN 149621
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: kwolden@justice4you.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROSA SCHMIDT,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT, U.S.A., INC., and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-00561 JAM-GGH<br><br>STIPULATION RE: DISMISSAL OF ACTION; ORDER THEREON |

    Having reached a resolution of this matter, the parties, by and through their respective attorneys, stipulate to a dismissal of this action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: September 16, 2011        CLAYEO C. ARNOLD
                                       A Professional Law Corporation

                                       By: _____//SS//_____
                                            CLIFFORD L. CARTER
                                            Attorney for Plaintiff,
                                            ROSA SCHMIDT

1  Date: September16, 2011            BURNHAM BROWN, PLC

3                                    By: ____//SS//_____
                                         MICHELLE M. MYERS
4                                        Attorney for Defendant,
                                         HOME DEPOT, U.S.A., INC.

8                                    **ORDER**

10       IT IS SO ORDERED.

12  Dated: 9/16/2011                  /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE

**Re:** Schmidt, Rosa v. Home Depot
 **County Superior Court**
 **Case No.: 2:10-cv-00561 JAM-GGH**

## PROOF OF SERVICE

I, Gina L. Louis, declare and state:

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action. My business address is 865 Howe Avenue, Sacramento, CA 95825.

On September 16, 2011, I served the within STIPULATION RE: DISMISSAL OF ACTION; ORDER THEREON on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope by:

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in the designated area to be deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business;

[]  (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail/UPS depository at Sacramento, California; overnight service;

[]  (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed below;

[]  (BY FACSIMILE/TELECOPIER) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents.

Paul Caleo, Esq.
Michelle Myers, Esq.
Burnham Brown, PLC
P.O. Box 119
Oakland, CA  94604
Fax:  (510) 835-6666
Attorneys for Defendant, Home Depot

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 16, 2011, at Sacramento, California.

_____
Gina L. Louis